Kevin M. McGuire (California Bar No. 164895; themcguirelawfirm@yahoo.com)
43460 Ridge Park Drive, Suite 200
Temecula, California 92590
Tel: (951) 719-8416
Fax: (949) 258-5807

Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, Florida 33431
Arick W. Fudali (California Bar No. 296364, Florida Bar No. 085899; afudali@hermanlaw.com)
Jeff Herman (Florida Bar No. 521647; jherman@hermanlaw.com)
Stuart S. Mermelstein (Florida Bar No. 947245; smermelstein@hermanlaw.com)
Lee G. Cohen (Florida Bar No. 825670; lcohen@hermanlaw.com)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe No. 117, | Case No.: 14-cv-03530-DDP-AJW |
| Plaintiff, | |
| vs. | |
| BRYAN SINGER and GARY GODDARD, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please note the appearance of Arick W. Fudali, Esq., as counsel for Plaintiff, JOHN DOE No. 117, in the above styled case; the firm requests any and all pleadings, correspondence, and other matters pertaining to this cause be directed to Arick W. Fudali, Esq. on behalf of Plaintiff, JOHN DOE No. 117.

1

Dated: 6/3/14

Respectfully submitted,

By: _____
Arick W. Fudali (Cal. Bar No. 296364; Florida Bar No. 085899; afudali@hermanlaw.com)
Herman Law
Jeffrey M. Herman, Esq. (Florida Bar No. 521647; jherman@hermanlaw.com)
Stuart S. Mermelstein, Esq. (Florida Bar No. 947245; smermelstein@hermanlaw.com)
Lee G. Cohen, Esq. (Florida Bar No. 825670; lcohen@hermanlaw.com)

and

Kevin M. McGuire, Esq. (Cal. Bar No. 164895; themcguirelawfirm@yahoo.com)
The McGuire Law Firm
43460 Ridge Park Drive, Suite 200
Temecula, CA  92590