WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN law corporation
PAUL E. GASPARI, ESQ., California State Bar #76496
pgaspari@weintraub.com
DANIEL C. ZAMORA, ESQ. California State Bar #224375
dzamora@weintraub.com
SHAUNA N. CORREIA, California State Bar # 232410
scorreia@weintraub.com
475 Sansome Street, Suite 1800
San Francisco, CA 94111-3211
Telephone: (415) 433-1400
Facsimile:  (415) 433-3883

Attorneys for Defendant
GARY GODDARD

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 117,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN   SINGER   and   GARY<br>WAYNE GODDARD,<br><br>        Defendants.<br><br>_____/ | CASE NO. 2:14-cv-03530-DDP-AJW<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT GARY GODDARD TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date: July 21, 2014<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Dean D. Pregerson<br>Complaint Filed: May 7, 2014<br><br>*[Filed Concurrently with Memorandum of Points and Authorities; Request for Judicial Notice and [Proposed] Order]* |

*weintraub tobin chediak coleman grodin*
*law corporation*

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on July 21, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, in Courtroom 3 (2nd Floor) of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, the Hon. Dean D. Pregerson presiding, Defendant Gary Goddard ("Defendant") will, and hereby does, move the Court to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

(1)     Count I fails to state a claim because the sexual conduct alleged does not violate 18 U.S.C. sections 2423 (b) or (c) as consensual activity with a 16-year-old does not violate the statute and no facts establishing any intent to travel in foreign commerce with the purpose of engaging in sexual activity have been pleaded;

(2)     Count II fails to state claim because under proper choice-of-law analysis, English law applies, and the conduct alleged is not violative of English law.  Additionally, under proper choice-of-law analysis, the claim is time-barred under English law.  Also, the alleged violation of the California Penal Code does not create a private claim for relief;

(3)     Count III fails to state claim because under proper choice-of-law analysis, English law applies, and the conduct alleged is not violative of English

weintraub tobin chediak coleman grodin
law corporation

law.  Additionally, under proper choice-of-law analysis, the claim is time-barred under English law.  Also, the alleged violation of the California Civil Code fails to plead any requisite animus by Defendant against Plaintiff's gender; and

(4)    The entire action, and all claims for relief, against Defendant must be dismissed because the Complaint was improperly filed using the pseudonym "John Doe 117" and there are no special circumstances that would justify plaintiff proceeding anonymously.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 11, 2014.

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice containing law from the country of England, the entire record and the pleadings on file in this action, and such further memoranda or argument as the Court may require or allow.

Dated:  June 18, 2014                    WEINTRAUB TOBIN CHEDIAK
                                         COLEMAN GRODIN law corporation

                                         By:  __/s/ Paul E. Gaspari__
                                              Paul E. Gaspari, Esq.
                                              Attorneys for Defendant
                                              GARY GODDARD