MARTIN D. SINGER (SBN 78166)
PAUL N. SORRELL (SBN 126346)
ANDREW B. BRETTLER (SBN 262928)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile:  (310) 556-3615
E-Mail:   mdsinger@lavelysinger.com
          psorrell@lavelysinger.com
          abrettler@lavelysinger.com

Attorneys for Defendant
BRYAN SINGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE NO. 117, | Case No.  LA CV14- 03530-DDP (AJWx) |
| Plaintiff, | |
| -vs- | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BRYAN SINGER'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)** |
| BRYAN SINGER and GARY GODDARD, | |
| Defendants. | |
| | Date:      August 18, 2014
Time:      10:00 a.m.
Judge:     Hon. Dean D. Pregerson
Courtroom: 3 (2nd Floor) |
| | Complaint Filed:  May 7, 2014
Trial Date:       None |

1793-27\PLE\REQ. FOR JUD. NTC. 070314.wpd

REQUEST FOR JUDICIAL NOTICE

1       Pursuant to Federal Rules of Evidence, Rule 201 and Federal Rules of Civil
2 Procedure, Rule 44.1, Defendant Bryan Singer requests that the Court take judicial
3 notice of the following facts:
4       1.    The legal age for consent to sexual activity in England is 16 years old,
5 pursuant to Section 9, Chapter 42 of England's Sexual Offenses Act of 2003,
6 providing that an offense is committed when a person over the age of 18
7 intentionally touches another person sexually when that person is <u>under</u> the age of
8 16, and the person aged 18 or over does not reasonably believe the person is 16 or
9 over. (Sexual Offences Act 2003, Ch. 42, s. 9 (Eng.).) A true and correct copy of
10 the statute is attached hereto as Exhibit "A," and incorporated herein by this
11 reference.
12       2.    The English statute of limitations period for personal injuries is three
13 years, pursuant to Subsection 4, Section 11, Chapter 58 of the Limitation Act of
14 1980 or personal injury. (Limitation Act 1980, Ch.58, S.11(4) (Eng.)). A true and
15 correct copy of the statute is attached hereto as Exhibit "B," and incorporated
16 herein by this reference.
17       This Court is permitted to take judicial notice of foreign law. *McGhee v.*
18 *Arabian Am. Oil Co.,* 871 F.3d 1412, 1424 (9th Cir. 1989).
19
20 DATED: July 3, 2014           LAVELY & SINGER
                                        PROFESSIONAL CORPORATION
21                                         MARTIN D. SINGER
                                        PAUL N. SORRELL
22                                         ANDREW B. BRETTLER
23
24                                 By:        /s/
                                        MARTIN D. SINGER
25                             Attorneys for Defendant BRYAN SINGER
26
27
28

s. 9 Sexual activity with a child, UK ST 2003 c. 42 Pt 1 s. 9

UK Statute 2003 c. 42 Pt 1 s. 9

Sexual Offences Act 2003 c. 42
Part 1 SEXUAL OFFENCES
Child sex offences
s. 9 Sexual activity with a child

Superseded Legislation:
Analysis (Commencement Information)

This version in force from: **May 1, 2004** to **present**

 Image 1 within document in PDF format.

**9 Sexual activity with a child**
(1) A person aged 18 or over (A) commits an offence if–
   (a) he intentionally touches another person (B),
   (b) the touching is sexual, and
   (c) either–
      (i) B is under 16 and A does not reasonably believe that B is 16 or over, or
      (ii) B is under 13.
(2) A person guilty of an offence under this section, if the touching involved–
   (a) penetration of B's anus or vagina with a part of A's body or anything else,
   (b) penetration of B's mouth with A's penis,
   (c) penetration of A's anus or vagina with a part of B's body, or
   (d) penetration of A's mouth with B's penis,
is liable, on conviction on indictment, to imprisonment for a term not exceeding 14 years.
(3) Unless subsection (2) applies, a person guilty of an offence under this section is liable–
   (a) on summary conviction, to imprisonment for a term not exceeding 6 months or to a fine not exceeding the statutory maximum or both;
   (b) on conviction on indictment, to imprisonment for a term not exceeding 14 years.
Arrangement of Act

Crown Copyright material is reproduced with the permission of the Controller of HMSO and the Queen's Printer for Scotland

WestlawNext © 2014 Thomson Reuters.

**s. 9 Sexual activity with a child, UK ST 2003 c. 42 Pt 1 s. 9**

UK ST 2003 c. 42 Pt 1 s. 9

**End of Document** © 2014 Thomson Reuters.

s. 11 Special time limit for actions in respect of personal injuries., UK ST 1980 c. 58 Pt...

UK Statute 1980 c. 58 Pt I s. 11

Limitation Act 1980 c. 58
Part I ORDINARY TIME LIMITS FOR DIFFERENT CLASSES OF ACTION
Actions in respect of wrongs causing personal injuries or death
s. 11 Special time limit for actions in respect of personal injuries.

Superseded Legislation:
Analysis (Commencement Information)

This version in force from: **June 16, 1997** to **present**

Image 1 within document in PDF format.

11.— Special time limit for actions in respect of personal injuries.
(1) This section applies to any action for damages for negligence, nuisance or breach of duty (whether the duty exists by virtue of a contract or of provision made by or under a statute or independently of any contract or any such provision) where the damages claimed by the plaintiff for the negligence, nuisance or breach of duty consist of or include damages in respect of personal injuries to the plaintiff or any other person.
[
(1A) This section does not apply to any action brought for damages under section 3 of the Protection from Harassment Act 1997.
]$^1$
(2) None of the time limits given in the preceding provisions of this Act shall apply to an action to which this section applies.
(3) An action to which this section applies shall not be brought after the expiration of the period applicable in accordance with subsection (4) or (5) below.
(4) Except where subsection (5) below applies, the period applicable is three years from—
    (a) the date on which the cause of action accrued; or
    (b) the date of knowledge (if later) of the person injured.
(5) If the person injured dies before the expiration of the period mentioned in subsection (4) above, the period applicable as respects the cause of action surviving for the benefit of his estate by virtue of section 1 of the Law Reform (Miscellaneous Provisions) Act 1934 shall be three years from—
    (a) the date of death; or
    (b) the date of the personal representative's knowledge;
whichever is the later.
(6) For the purposes of this section "personal representative" includes any person who is or has been a personal representative of the deceased, including an executor who has not proved the will (whether or not he has renounced probate) but not anyone appointed only as a special personal representative in relation to settled land; and regard shall be had to any knowledge acquired by any such person while a personal representative or previously.

s. 11 Special time limit for actions in respect of personal injuries., UK ST 1980 c. 58 Pt...

(7) If there is more than one personal representative, and their dates of knowledge are different, subsection (5)(b) above shall be read as referring to the earliest of those dates.
Whole DocumentEnvironmental Protection Act 1990 c. 43, Pt II s. 73(9)(b)Modified in relation to legal proceedings and civil liability

Footnotes
1   Added by Protection from Harassment Act 1997 c. 40 s.6 (June 16, 1997)

Arrangement of Act

Crown Copyright material is reproduced with the permission of the Controller of HMSO and the Queen's Printer for Scotland

UK ST 1980 c. 58 Pt I s. 11

**End of Document**                                                                              © 2014 Thomson Reuters.