Kevin M. McGuire, Esq., California Bar No. 164895
themcguirelawfirm@yahoo.com
43460 Ridge Park Drive, Suite 200
Temecula, California 92590
Telephone: (951) 719-8416
Facsimile: (949) 258-5807

Herman Law
Arick W. Fudali, California Bar No. 296364
afudali@hermanlaw.com
3351 NW Boca Raton Boulevard
Boca Raton, Florida 33431
Jeff Herman, Esq., Florida Bar No. 521647
jherman@hermanlaw.com
(Admitted *Pro hac vice*)
Lee G. Cohen, Esq., Florida Bar No. 825670
lcohen@hermanlaw.com
(Admitted *Pro hac vice*)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe No. 117, | Case No.: 2:14-cv-03530-DDP-AJW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE PURSUANT TO RULE 41(a) OF DEFENDANT BRYAN SINGER** |
| vs. | |
| BRYAN SINGER and GARY GODDARD, | |
| Defendants. | |

Plaintiff JOHN DOE NO. 117, by and through his undersigned attorney, hereby gives notice that pursuant to Rule 41(a), F.R.C.P. the above captioned action is dismissed with prejudice against Defendant BRYAN SINGER only.

Dated: July 25, 2014

Respectfully submitted,

HERMAN LAW FIRM, P.A.
*Attorneys for Plaintiff*
3351 NW Boca Raton Boulevard
Boca Raton, Florida 3341
Tel: 305-931-2200
Fax: 305-931-0877
www.hermanlaw.com

By: _____
Arick W. Fudali
California Bar No. 296364
afudali@hermanlaw.com
Jeff Herman, Esq.
Florida Bar No. 521647
jherman@hermanlaw.com
(Admitted *Pro hac vice*)
Lee G. Cohen, Esq.
Florida Bar No. 825670
lcohen@hermanlaw.com
(Admitted *Pro hac vice*)