## DECLARATION OF JOHN DOE NO. 117

I, JOHN DOE NO. 117 / ███████████, declare as follows:

1. I am an individual over the age of 21. I have personal and first hand knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify completely to these facts under oath.

2. I am the Plaintiff in the above-caption matter and have reviewed the Complaint against Defendant GARY GODDARD ("GODDARD") and it is true and correct.

3. I have requested that my attorneys file this action on my behalf using a pseudonym to protect me from harassment, injury, ridicule and personal embarrassment, to protect my privacy, as well as to protect my career as an actor. Further, filing anonymously has allowed me to remain psychologically sound in this process thus far and gives me the freedom to fully express my victimization.

4. As described in the Complaint, this matter involves personal relations and sexual abuse I sustained while I was 14 to 17 years old, the details of which are highly sensitive and personal in nature.

5. The facts and circumstances already alleged in the Complaint and that will be borne out in more detail during the discovery process and trial include the receiving of personal communications and gifts from a middle-aged man, Defendant GODDARD, who, unbeknownst to me, was grooming me for future sexual abuse. It also includes graphic depictions of nude photographs, video and web-cam sessions, including that of me and the Defendant masturbating ourselves, that the Defendant persuaded me to send him and participate in.

6. Moreover, the matter will involve depictions of personal and sexual acts themselves

Exhibit "A"

including me lying in bed naked and kissing the Defendant GODDARD, and Defendant GODDARD engaging me in anal intercourse while I was still 16 years old.

7. Despite the fact that my participation in these acts were only as a result of Defendant GODDARD's grooming, coercion, false promises, and the plying with alcohol and drugs, I still have feelings of deep embarrassment and humiliation for what occurred. Through therapy, I am trying to overcome these feelings and am learning that I was in no way at fault for what occurred but that I was a victim of Defendant GODDARD's perverted and premeditated abuse. Regardless, I am petrified by the prospect of my identity being made public to anyone other than my family, my healthcare professionals, my attorneys and whoever is absolutely required to know in the civil justice system. In particular, having my real name in the public record, given the allegations in this case, would be devastating to me.

8. This is compounded by the fact that my abuser was such a public figure, an entertainment venue and movie producer. Based on such, this and another case involving Defendant GODDARD have been sensationalized in the print and electronic media. Thus, even though I live here in the United Kingdom, I have absolutely no doubt that if my true identity were to be revealed, even at this stage in the litigation, my name would be instantaneously broadcast around the world and I would suffer indescribable humiliation that would destroy me emotionally, personally as well as professionally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of July, at LONDON , UNITED KINGDOM

___John Doe No. 117 / █___
John Doe No. 117 /

3