JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE NO. 117, | Case No. CV 14-03530 DDP (AJWx) |
| Plaintiff, | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| v. | |
| BRYAN SINGER AND GARY GODDARD, | |
| Defendants. | |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The MOTION TO DISMISS FILED BY DEFENDANT GARY GODDARD (DOCKET NUMBER 13) set for September 22, 2014 is vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 18, 2014

DEAN D. PREGERSON
United States District Judge